IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

CASSANDRA MEYERS,

        Plaintiff,

vs.                       **Case No. 10-2202-RDR**

GC SERVICES, L.P.,

        Defendant.

## O R D E R

Plaintiff has been directed to show cause to this court by November 5, 2010 why service upon defendant has not been accomplished within the deadline set out in FED.R.CIV.P. 4(m). Plaintiff has failed to respond to the show cause order. Therefore, in accordance with Rule 4(m), the court shall order this case dismissed without prejudice.

**IT IS SO ORDERED.**

Dated this 18th day of November, 2010 at Topeka, Kansas.

                                  s/Richard D. Rogers
                                  United States District Judge